# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 |
| Timothy Paul Kearns, | ) | |
| | ) | Case No. 23-00717-hb |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| John K. Fort, Trustee, | ) | |
| | ) | Adversary No.: 24-80004-hb |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STIPULATION OF DISMISSAL** |
| | ) | **WITH PREJUDICE AS TO THE** |
| Timothy Paul Kearns, Bellissimo Holdings, | ) | **REMAINING DEFENDANTS** |
| LLC, Hines Investments, LLC, and Green | ) | |
| Light Investments, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to FRCP 41(a)(1) (Bankruptcy Rule 7041), the parties to this action hereby stipulate that this case be dismissed *with* prejudice as the remaining Defendants, Timothy Paul Kearns and Bellissimo Holdings, LLC.

It is so stipulated this 28th day of August, 2024.

*[Signature Page to Follow]*

**WE SO STIPULATE:**

/s/Joshua J. Hudson
Joshua J. Hudson (Fed. Bar No. 11620)
Smith Hudson Law, LLC
200 N. Main Street, Suite 301-C
Greenville, SC 29601
Telephone: 864.908.3914
jhudson@smithhudsonlaw.com
*Attorneys for the Trustee/Plaintiff*


**WE SO STIPULATE:**

/s/ Jason M. Ward
Jason M. Ward (Federal I.D. No. 11530)
Jason Ward Law, LLC
311 Pettigru Street
Greenville, SC 29601
Telephone: 864-239-0007
jason@wardlawsc.com
*Attorneys for Defendants Timothy Paul Kearns and Bellissimo Holdings, LLC*